**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | VIOLATION NUMBERS: |
| | E1103426 |
| Plaintiff, | E1103500 |
| | LOCATION CODE: M13 |
| vs. | |
| | **ORDER** |
| MICHAEL HODGES, | |
| | |
| Defendant. | |

Upon Defendant's Motion to Continue and with good cause shown, IT IS HEREBY ORDERED that the Initial Appearance is RESET for December 8, 2022 at 9:00 a.m. at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 29th day of September, 2022.

John Johnston
United States Magistrate Judge