IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Hodges, <br><br> Defendant. | VIOLATION NUMBERS: <br> Violation: E1103500 <br> E1103426 <br><br><br> **ORDER** |

Upon the Defendant's motion for a remote appearance and with good cause shown, IT IS HEREBY ORDERED that the Defendant may appear by telephone at the December 8, 2022 initial appearance. The call-in number is as follows: 877-402-9753; access code: 5136505

DATED this 6th day of October, 2022.

John Johnston
United States Magistrate Judge