# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. HODGES,<br><br>Defendant. | PO-22-5094-GF-JTJ<br><br>VIOLATION:<br>E1103426<br>E1103500<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $67 fine and $30 processing fee for violation E1103426 (for a total of $97), and for good cause shown, **IT IS ORDERED** that the $97 fine paid by the defendant is accepted as a full adjudication of violation E1103426, and violation E1103500 is **DISMISSED**.  **IT IS FURTHER ORDERED** that the bench trial scheduled for February 9, 2023, is **VACATED.**

DATED this 6th day of February, 2023.

_____
John Johnston
United States Magistrate Judge